*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John P Applegate and Linda M Applegate

      Debtor(s)

Case No: 19–11640–jkf

Chapter: 7

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the first &
final installment payment for a
total amount of $335.00

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 7/17/19

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 21, 2019