Certificate Number: 06501-PAE-DE-033024507

Bankruptcy Case Number: 19-11640



06501-PAE-DE-033024507

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2019, at 8:37 o'clock AM CDT, John Applegate completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 26, 2019          By:   /s/Carlo Skrupa

                               Name: Carlo Skrupa

                               Title: Program Manager