Certificate Number: 06501-PAE-DE-033024506

Bankruptcy Case Number: 19-11640



06501-PAE-DE-033024506

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2019, at 8:37 o'clock AM CDT, Linda Applegate completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 26, 2019

By: /s/Carlo Skrupa

Name: Carlo Skrupa

Title: Program Manager