United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John P Applegate  
Linda M Applegate  
      Debtors

Case No. 19-11640-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Jul 03, 2019  
                        Form ID: 195    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.  
db/jdb       +John P Applegate,    Linda M Applegate,    8 Village Drive,    Schwenksville, PA 19473-1777

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jul 04 2019 03:12:53    Synchrony Bank,  
      c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:  
        GEORGE R. TADROSS   on behalf of Debtor John P Applegate gtadross@tadrosslaw.com,  
         r55386@notify.bestcase.com;robin@tadrosslaw.com  
        GEORGE R. TADROSS   on behalf of Joint Debtor Linda M Applegate gtadross@tadrosslaw.com,  
         r55386@notify.bestcase.com;robin@tadrosslaw.com  
        KEVIN G. MCDONALD   on behalf of Creditor   J.G. Wentworth Home Lending, LLC.  
         bkgroup@kmllawgroup.com  
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

John P Applegate and Linda M Applegate  : Case No. 19–11640–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 3, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

23
Form 195